1

2

3

4

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8    In Re.                                    No. C 07-5427 MHP (pr)

9    JAMES PATRICK GONZALES,          **JUDGMENT**

10              Plaintiff.

_____/

11

12        This action is dismissed without prejudice to plaintiff asserting his claims in an action

13   for which he pays the full filing fee at the time he files his complaint.

14        IT IS SO ORDERED AND ADJUDGED.

15   Dated: March 4, 2008          _____

16                                      Marilyn Hall Patel
                                        United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California